UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,
          Plaintiff,

   -against-                                      NOTICE OF APPEARANCE


NILESH RAJANIKANT SHAH                  07 Cr. 357 (CM)
          Defendant.
-------------------------------------------------X

TO:   THE CLERK
        SOUTHERN DISTRICT OF NEW YORK

SIR:  You are hereby notified that I appear for the Defendant NILESH RAJANIKANT SHAH in the above-captioned action.

I am appearing in this action as retained counsel and was admitted to practice in this Court in October 1988.

I do hereby certify that I have filed or will file a certificate of good standing from the New York State Court, Second Department, pursuant to Criminal Rule 1 of the local rules for the Southern and Eastern Districts of New York.

Dated:  New York, New York
         May 3, 2007

                                                                  _____
                                                                  JOYCE C. LONDON
                                                                  Attorney for Defendant
                                                                  MILESH RAJANIKANT SHAH
                                                                  20 Vesey Street, Suite 400
                                                                  New York, New York 10007
                                                                  (212) 964-3700

cc:   Honorable Colleen McMahon (By First Class Mail)
      AUSA William J. Stellmach (By Fax: 212: 637-2527)
      Richard B. Lind, Esq. (By First Class Mail)