AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

____SOUTHERN____ DISTRICT OF ____NEW YORK____

United States of America

v.

Dinesh Dayabhai Shah, et al.

**APPEARANCE**

Case Number: 07 Cr. 357 (CM)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States of America

I certify that I am admitted to practice in this court.

March 6, 2008
Date

*[Signature]*
Signature

Sharon Frase
Print Name

SF-4906
Bar Number

U.S. Attorney's Office - 1 St. Andrew's Plaza
Address

New York,          New York          10007
City               State             Zip Code

(212) 637-2329          (212) 637-0421
Phone Number            Fax Number