USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

**JOYCE C. LONDON, P.C.**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

Tel: 212 964-3700
Email: jlondonlaw@aol.com

Fax: 212 964-2926

June 12, 2008

By Fax: 212: 805-6326
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  United States v. Nilesh Shah,
     07 Cr 357 (CM)

Dear Judge McMahon:

This letter is to request a temporary modification of the bail conditions of defendant Nilesh Shah, in order to permit him to travel with his father who is visiting from India to Niagara Falls, New York and to Washington, D.C. for several days next week. An exact itinerary is not provided, but if permitted to travel, Mr Shah will provide Assistant United States Attorney William Stellmach and Pre-Trial Services Officer Mildred Santana with the details of his travel plans.

Mr Shah is presently released on a Five Hundred Thousand Dollar ($500,000.00) bond which is co-signed by three financially responsible persons and secured by a cash deposit of Twenty-Five Thousand Dollars. I have spoken with Assistant United States Attorney William Stellmach and he has no objection to this application. My office has also spoken with Pre-Trial Services Officer Santana and she has no objection to this application. Ms Santana has further advised that Mr Shah remains in compliance with all of the conditions of his bail.

Accordingly, it is respectfully requested that the conditions of defendant Nilesh Shah's bail be temporarily modified to permit him to travel to Niagara Falls and Washington, D.C. for several days next week, with the details of his travel itinerary to be provided to both Pre-Trial Services and the Government if he is permitted to travel.

6/13/08 *Memo Endorsement*

Very truly yours,

Joyce C. London

cc.:  AUSA William Stellmach (By Fax: 212: 637-2527)
      Pre-Trial Services Officer Santana (By Fax: 212: 805-4175)